# EDWARDS ANGELL PALMER & DODGE LLP

919 North Market Street  Wilmington, DE  19801  302.777.7770  *fax* 302.777.7263  eapdlaw.com

JOSEPH B. CICERO
302.425.7115
*fax* 888.325.9094
jcicero@eapdlaw.com

August 15, 2006

Mr. Peter T. Dalleo
Clerk of the Court
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   *Opening of Miscellaneous Case to Enforce a Subpoena*

Dear Mr. Daleo:

Enclosed is a check in the amount of $39.00 for the filing of a miscellaneous case, as well as copies of *Plaintiff Vertrue Incorporated's Motion to Enforce a Subpoena* and *Plaintiff Vertrue Incorporated's Memorandum in Support of Its Motion to Enforce a Subpoena*. For the Court's convenience, we have also enclosed a CD-ROM containing the above documents so that they may be filed on the Court's CM/ECF system.

We respectfully request that the enclosed motion to enforce a subpoena be heard in an expeditious manner.

Please contact me if you have any questions or concerns.

Respectfully,

JOSEPH B. CICERO (I.D. NO. 4388)

JBC:cg
Enclosures
   cc: Sean J. Bellew, Esquire (*via hand*)
       David A. Felice, Esquire (*via hand*)
       Steven M. Cowley, Esquire (*via email*)