IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERTRUE INCORPORATED, | : | |
| | : | |
| Plaintiff, | : | Misc. Case No. 06-155-UNA |
| | : | |
| v. | : | (Pending in the United States District Court |
| | : | for the District of Connecticut – Docket No. |
| ALEXANDER B. MESHKIN, | : | 05-CV-1809-PCD) |
| | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Sean J. Bellew and David A. Felice of the firm Cozen

O'Connor as counsel for Defendant, Alexander B. Meshkin, in the above-captioned matter.

Defendant expressly reserves the right to answer or otherwise respond to Plaintiff Vertrue

Incorporated's Motion to Enforce a Subpoena as permitted under the Local Rules.


Dated:  August 16, 2006

David A. Felice

Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, Delaware  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on August 16, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

Joseph B. Cicero, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801

Dated: August 16, 2006

David A. Felice (#4090)