

**COZEN**

**O'CONNOR**

ATTORNEYS

A PROFESSIONAL CORPORATION

SUITE 1400    CHASE MANHATTAN CENTRE    1201 NORTH MARKET STREET    WILMINGTON, DE 19801-1147
302.295.2000    888.207.2440    302.295.2013 FAX    www.cozen.com

August 16, 2006

**David A. Felice**
**Direct Phone 302.295.2011**
**Direct Fax    866.776.8911**
**dfelice@cozen.com**

**Via ECF**

Dr. Peter T. Dalleo
Clerk of the Court
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

**Re:    Vertrue Incorporated v. Alexander B. Meshkin;**
**Misc. Case No. 06-155-UNA**

Dear Dr. Dalleo:

This firm represents Alexander B. Meshkin ("Meshkin") the above-referenced matter. We write in response to Vertrue's letter dated August 15, 2006 requesting expedited treatment of its motion to enforce, (D.I. 2). Unless instructed otherwise, Meshkin intends to respond to the motion pursuant to the briefing scheduling contemplated in D. Del. LR 7.1.2.

If you should have any questions or concerns about this matter, please feel free to contact me.

Respectfully,

David A. Felice

David A. Felice (#4090)

DAF:mm
Enclosure

cc:    Joseph B. Cicero, Esq. (via ECF)
       Sean J. Bellew, Esq.

WILMINGTON\36028\1180735.000