IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERTRUE INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER B. MESHKIN,<br><br>Defendant. | M.A. 06-00155 (KAJ)<br><br>(Pending in the United States District Court for the District of Connecticut—Docket No. 05-CV-1809-PCD) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE
### (Steven M. Cowley)

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Steven M. Cowley of the law firm of Edwards Angell Palmer & Dodge LLP, 111 Huntington Avenue, Boston, Massachusetts 02199 to represent Plaintiff VERTRUE INCORPORATED in this action.

Dated: October 23, 2006
Wilmington, Delaware

EDWARDS ANGELL PALMER & DODGE LLP

_/s/_
Denise Seastone Kraft (I.D. No. 2778)
Joseph B. Cicero (I.D. No. 4388)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263 Facsimile
dkraft@eapdlaw.com
jcicero@eapdlaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice for Steven M. Cowley is granted.

_____
J.

Dated:_____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 5, 2005, I further certify that the annual fee of $25.00 has been submitted to the Clerk's office.

Steven M. Cowley (B.B.O. No. 554534)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
617.951.2283

WLM_WLM_506653_1.DOC/

**CERTIFICATE OF SERVICE**

  I, Joseph B. Cicero, hereby certify that on October 23, 2006, the attached **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* (Steven M. Cowley)** was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Sean J. Bellew, Esq.
David A. Felice, Esq.
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801

        **EDWARDS ANGELL PALMER & DODGE LLP**

        _____
        Denise Seastone Kraft (I.D. 2778)
        Joseph B. Cicero (I.D. 4388)
        919 N. Market Street, 15th Floor
        Wilmington, DE 19801
        302.777.7770
        302.777.7263
        dkraft@eapdlaw.com
        jcicero@eapdlaw.com