IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERTRUE INCORPORATED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) Misc. Case No. 06-155-KAJ | |
| ALEXANDER B. MESHKIN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

At Wilmington this 23rd day of October, 2006,

For the reasons set forth by the Court during the teleconference held today,

IT IS HEREBY ORDERED that plaintiff's motion to enforce subpoena (D.I. 1) is DENIED without prejudice.

_____
UNITED STATES DISTRICT JUDGE